UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

DAVE HANSON,

                              Plaintiff,

                         v.

NASSAU COUNTY DEPARTMENT OF SOCIAL
SERVICES and BOB BOWEN,

                              Defendants.

**ORDER**
09-CV-0361 (MKB)

-----------------------------------------------------------------x

MARGO K. BRODIE, United States District Judge:

      The Court having ordered Nassau County on May 17, 2013 to pay Plaintiff $450,000, representing the settlement amount agreed to by the parties, on or before June 30, 2013, and Nassau County having failed to pay the settlement amount as ordered;

      IT IS HEREBY ORDERED that the Clerk of the Court enter judgment against Defendant Nassau County in the amount of $450,000 plus post-judgment interest to accrue pursuant to 28 U.S.C. § 1961.

                                                     SO ORDERED:

                                                      /S MKB
                                                MARGO K. BRODIE
                                                United States District Judge

Dated: August 1, 2013
       Brooklyn, New York